# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-291-594**

**Effective Date of Registration:**
February 15, 2022
**Registration Decision Date:**
March 23, 2022

---

## Title

    **Title of Work:** DON'T TALK TO STRANGERS

## Completion/Publication

    **Year of Completion:** 2018
    **Date of 1st Publication:** March 16, 2018
    **Nation of 1ˢᵗ Publication:** Australia

## Author

-     **Author:** Steven Rhodes
    **Author Created:** 2-D artwork
    **Work made for hire:** No
    **Citizen of:** Australia

## Copyright Claimant

    **Copyright Claimant:** Steven Rhodes
    27 Kilsby Street, The Gap, QLD 4061, Australia

## Rights and Permissions

    **Organization Name:** Law Offices of John R. Mugno
    **Name:** John Robert Mugno
    **Email:** johnmugno@aol.com
    **Telephone:** (212)925-3474
    **Address:** 233 Broadway - Suite 2348
    New York, NY 10279 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**

**VA 2-291-436**

**Effective Date of Registration:**
February 15, 2022
**Registration Decision Date:**
March 22, 2022

## Title

| | |
|---|---|
| **Title of Work:** | LET'S SUMMON DEMONS |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | January 05, 2017 |
| **Nation of 1st Publication:** | Australia |

## Author

| | |
|---|---|
| • **Author:** | Steven Rhodes |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | Australia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Steven Rhodes |
| | 27 Kilsby Street, The Gap, QLD 4061, Australia |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Law Offices of John R. Mugno |
| **Name:** | John Robert Mugno |
| **Email:** | johnmugno@aol.com |
| **Telephone:** | (212)925-3474 |
| **Address:** | 233 Broadway - Suite 2348 |
| | New York, NY 10279 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-291-268

**Effective Date of Registration:**
February 15, 2022
**Registration Decision Date:**
March 21, 2022



## Title

      Title of Work:  CARING FOR YOUR DEMON CAT

## Completion/Publication

      Year of Completion:  2018
      Date of 1st Publication:  May 17, 2018
      Nation of 1st Publication:  Australia

## Author

      •   Author:  Steven Rhodes
      Author Created:  2-D artwork
      Work made for hire:  No
      Citizen of:  Australia

## Copyright Claimant

      Copyright Claimant:  Steven Rhodes
        27 Kilsby Street, The Gap, QLD 4061, Australia

## Rights and Permissions

      Organization Name:  Law Offices of John R. Mugno
      Name:  John Robert Mugno
      Email:  johnmugno@aol.com
      Telephone:  (212)925-3474
      Address:  233 Broadway - Suite 2348
        New York, NY 10279 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-291-256**

**Effective Date of Registration:**
February 15, 2022
**Registration Decision Date:**
March 21, 2022



## Title
        **Title of Work:** TIMMY HAS A VISITOR

## Completion/Publication
        **Year of Completion:** 2017
     **Date of 1st Publication:** August 28, 2017
    **Nation of 1st Publication:** Australia

## Author
            **Author:** Steven Rhodes
      **Author Created:** 2-D artwork
    **Work made for hire:** No
         **Citizen of:** Australia

## Copyright Claimant
    **Copyright Claimant:** Steven Rhodes
                          27 Kilsby Street, The Gap, QLD 4061, Australia

## Rights and Permissions
    **Organization Name:** Law Offices of John R. Mugno
              **Name:** John Robert Mugno
             **Email:** johnmugno@aol.com
          **Telephone:** (212)925-3474
            **Address:** 233 Broadway - Suite 2348
                          New York, NY 10279 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-291-592**

**Effective Date of Registration:**
February 15, 2022
**Registration Decision Date:**
March 23, 2022

## Title
        **Title of Work:** MY FIRST KNIFE FIGHT

## Completion/Publication
        **Year of Completion:** 2017
    **Date of 1st Publication:** May 26, 2017
  **Nation of 1st Publication:** Australia

## Author
-                 **Author:** Steven Rhodes
      **Author Created:** 2-D artwork
  **Work made for hire:** No
           **Citizen of:** Australia

## Copyright Claimant
  **Copyright Claimant:** Steven Rhodes
                          27 Kilsby Street, The Gap, QLD 4061, Australia

## Rights and Permissions
  **Organization Name:** Law Offices of John R. Mugno
                **Name:** John Robert Mugno
               **Email:** johnmugno@aol.com
         **Telephone:** (212)925-3474
             **Address:** 233 Broadway - Suite 2348
                          New York, NY 10279 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-291-251**

**Effective Date of Registration:**
February 15, 2022
**Registration Decision Date:**
March 21, 2022

## Title

      **Title of Work:** SEE YOU LATER ASSHOLES

## Completion/Publication

      **Year of Completion:** 2019
  **Date of 1st Publication:** April 04, 2019
**Nation of 1st Publication:** Australia

## Author

-           **Author:** Steven Rhodes
    **Author Created:** 2-D artwork
**Work made for hire:** No
       **Citizen of:** Australia

## Copyright Claimant

  **Copyright Claimant:** Steven Rhodes
27 Kilsby Street, The Gap, QLD 4061, Australia

## Rights and Permissions

    **Organization Name:** Law Offices of John R. Mugno
               **Name:** John Robert Mugno
              **Email:** johnmugno@aol.com
          **Telephone:** (212)925-3474
             **Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-291-252**
**Effective Date of Registration:**
February 15, 2022
**Registration Decision Date:**
March 21, 2022

## Title

    **Title of Work:** WORSHIP COFFEE

## Completion/Publication

    **Year of Completion:** 2018
    **Date of 1st Publication:** October 19, 2018
    **Nation of 1ˢᵗ Publication:** Australia

## Author

    • **Author:** Steven Rhodes
    **Author Created:** 2-D artwork
    **Work made for hire:** No
    **Citizen of:** Australia

## Copyright Claimant

    **Copyright Claimant:** Steven Rhodes
    27 Kilsby Street, The Gap, QLD 4061, Australia

## Rights and Permissions

    **Organization Name:** Law Offices of John R. Mugno
    **Name:** John Robert Mugno
    **Email:** johnmugno@aol.com
    **Telephone:** (212)925-3474
    **Address:** 233 Broadway - Suite 2348
    New York, NY 10279 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-291-247**

**Effective Date of Registration:**
February 15, 2022
**Registration Decision Date:**
March 21, 2022



## Title

| | |
|---|---|
| Title of Work: | LET'S CALL THE EXORCIST |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | December 01, 2017 |
| Nation of 1st Publication: | Australia |

## Author

| | |
|---|---|
| • Author: | Steven Rhodes |
| Author Created: | 2-D artwork |
| Work made for hire: | No |
| Citizen of: | Australia |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Steven Rhodes |
| | 27 Kilsby Street, The Gap, QLD 4061, Australia |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Law Offices of John R. Mugno |
| Name: | John Robert Mugno |
| Email: | johnmugno@aol.com |
| Telephone: | (212)925-3474 |
| Address: | 233 Broadway - Suite 2348 |
| | New York, NY 10279 United States |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-291-249**
**Effective Date of Registration:**
February 15, 2022
**Registration Decision Date:**
March 21, 2022

## Title

    **Title of Work:**    PYROKINESIS FOR BEGINNERS

## Completion/Publication

    **Year of Completion:**    2017
    **Date of 1st Publication:**    May 03, 2017
    **Nation of 1st Publication:**    Australia

## Author

-     **Author:**    Steven Rhodes
    **Author Created:**    2-D artwork
    **Work made for hire:**    No
    **Citizen of:**    Australia

## Copyright Claimant

    **Copyright Claimant:**    Steven Rhodes
    27 Kilsby Street, The Gap, QLD 4061, Australia

## Rights and Permissions

    **Organization Name:**    Law Offices of John R. Mugno
    **Name:**    John Robert Mugno
    **Email:**    johnmugno@aol.com
    **Telephone:**    (212)925-3474
    **Address:**    233 Broadway - Suite 2348
    New York, NY 10279 United States

## Certification

Page 1 of 2

